IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK



Wi3, INC.

                    Plaintiff,

v.                                                Civil Action No. 6:16-cv-6621

HITRON TECHNOLOGIES AMERICAS INC.

                    Defendant.

## NOTICE OF DISMISSAL OF HITRON TECHNOLOGIES AMERICAS INC. WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and in light of the "SETTLEMENT AGREEMENT" between the parties, Plaintiff Wi3, Inc. hereby submits this Notice of Dismissal dismissing all claims in this action WITH PREJUDICE as to Hitron Technologies Americas Inc. with each party to bear its own costs, expenses and attorneys' fees.

Dated: December 26, 2016

                                                         Respectfully submitted,

                                                         /s/Timothy J. Haller
                                                         Timothy J. Haller
                                                         HALLER LAW PLLC
                                                         The Monadnock Building
                                                         53 West Jackson Boulevard
                                                          Suite 1623
                                                         Chicago, IL 60604
                                                         Telephone: 630-336-4283
                                                         haller@haller-iplaw.com

                                                         Gabriel I. Opatken
                                                         NOBLE IP LLC
                                                         418 North Noble Street, Suite No. 4
                                                         Chicago, IL 60642
                                                         Phone: (773) 648-5433
                                                         gabriel@nobleipllc.com

                                                         *Attorneys for Plaintiff, Wi3, Inc.*

SO ORDERED



ELIZABETH A. WOLFORD
United States District Judge
Date 12-27-16